UNITED STATES of America,
Plaintiff–Appellee,

v.

Rosario A. FIORANI, Jr., Defendant–
Appellant.

No. 00–7615.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 23, 2001.

Rosario A. Fiorani, Jr., pro se. G. David Hackney, Assistant United States Attorney, Alexandria, VA, for appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM.

Rosario A. Fiorani, Jr., appeals the district court's order denying his motion for appointment of counsel. We have reviewed the record in this case, and in light of our previous ruling that substitution of counsel will not be permitted, we find no reversible error. Accordingly, we affirm the district court's order. *United States v. Fiorani*, No. CA–98–340–A (E.D.Va. Nov. 3, 2000). We further deny Fiorani's motion to change venue and to appoint new counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*